IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No. 1:25-MJ-166 |
| ) | |
| SHEIKH MOHAMMAD RAFSAN, ) | |
| ) | Court Date: March 17, 2025 |
| ) | |
| Defendant.  ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E2289964)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 10, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SHEIKH MOHAMMAD RAFSAN, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 18.2-266(ii).)

Count II (Petty Offense – E2289963)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 10, 2025, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SHEIKH MOHAMMAD RAFSAN, did fail to stop and remain stopped at a steady red traffic signal.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 46.2-833.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____/s/_____
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, a true and correct copy of the Criminal Information was mailed to the defendant.

By: _____/s/_____
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov